# EXHIBIT 1

## Dana Kurtz

| | |
|---|---|
| **From:** | Dana Kurtz |
| **Sent:** | Wednesday, February 01, 2012 4:15 PM |
| **To:** | 'Cynthia S. Grandfield' |
| **Subject:** | La Playita, et al. v. Cicero, et al. - Dr. Jaffe |
| **Attachments:** | image001.jpg |

Cynthia, just following up on dates for Dr. Jaffe's deposition and the payment situation. Feel free to call me to discuss. Thanks.

*Dana*

Dana L. Kurtz, Esq.



KURTZ LAW OFFICES, LTD

www.kurtzlaw.us
32 Blaine Street, Hinsdale, Illinois 60521
Office: 630.323.9444
Facsimile: 630.604.9444
E-mail: dkurtz@kurtzlaw.us
Cellular: 312.952.0712
Personal fax: 312.893.2239

**THIS IS A CONFIDENTIAL COMMUNICATION:** The preceding e-mail message contains information that is confidential. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at 630.323.9444. Unauthorized use, dissemination, distribution or reproduction of this message is strictly prohibited.

*Making a difference in the lives of others, every way we can. Please visit and support www.lmsdr.org.*

**Dana Kurtz**

| | |
|---|---|
| **From:** | Dana Kurtz |
| **Sent:** | Wednesday, February 15, 2012 5:47 AM |
| **To:** | 'Cynthia S. Grandfield' |
| **Subject:** | LaPlayita, et al. v. Cicero, et al., Dr. Jaffe's Deposition Confirmation |
| **Attachments:** | FAX_20120214_1329261474_39.pdf |

Cynthia, I can confirm for Dr. Jaffe's deposition for March 20, 2012 at 4:00 p.m. I'll have a check sent to him next week.

I assume the deposition will take place at Dr. Jaffe's office. Please let me know either way on this issue.

Sincerely, *Dana*

Dana L. Kurtz, Esq.
Kurtz Law Offices, Ltd.
32 Blaine Street, Hinsdale, Illinois 60521
Office: 630.323.9444
Facsimile: 630.604.9444
E-mail: dkurtz@kurtzlaw.us
Cellular: 312.952.0712
Personal fax: 312.893.2239
www.kurtzlaw.us

**THIS IS A CONFIDENTIAL COMMUNICATION**: The preceding e-mail message contains information that is confidential. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at 630.323.9444. Unauthorized use, dissemination, distribution or reproduction of this message is strictly prohibited.

*Making a difference in the lives of others, every way we can. Please visit and support www.lmsdr.org.*

**Dana Kurtz**

| | |
|---|---|
| **From:** | Beverly McPherron |
| **Sent:** | Wednesday, February 15, 2012 9:48 AM |
| **To:** | 'grandfield@dlglawgroup.com' |
| **Cc:** | Dana Kurtz |
| **Subject:** | Dr. Jaffe's deposition |
| **Attachments:** | W-9 form.pdf; image001.jpg |

Ms. Grandfield, please have Dr. Jaffe complete
and return the attached W-9 form for our records.

Beverly J. McPherron,
Bookkeeper



KURTZ LAW OFFICES, LTD

32 Blaine Street, Hinsdale, Illinois 60521
Office: 630.323.9444
Facsimile: 630.604.9444
E-mail: bmcpherron@kurtzlaw.us
Cellular: 815.545.5847
Personal fax: 312.893.2239
www.kurtzlaw.us

**THIS IS A CONFIDENTIAL COMMUNICATION**: The preceding e-mail message contains information that is confidential. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at 630.323.9444. Unauthorized use, dissemination, distribution or reproduction of this message is strictly prohibited.

*Making a difference in the lives of others, every way we can. Please visit and support www.lmsdr.org.*

1

## Dana Kurtz

**From:** Dana Kurtz
**Sent:** Monday, February 20, 2012 8:17 PM
**To:** 'Cynthia S. Grandfield'
**Cc:** 'K. Austin Zimmer'
**Subject:** FW: Dr. Jaffe's deposition
**Attachments:** W-9 form.pdf; image001.jpg

Cynthia, we need this completed before we can cut Dr. Jaffe a check. Please have him complete and email or fax back. Thanks.

Dana L. Kurtz, Esq.
Kurtz Law Offices, Ltd.
32 Blaine Street, Hinsdale, Illinois 60521
Office: 630.323.9444
Facsimile: 630.604.9444
E-mail: dkurtz@kurtzlaw.us
Cellular: 312.952.0712
Personal fax: 312.893.2239
www.kurtzlaw.us

**THIS IS A CONFIDENTIAL COMMUNICATION**: The preceding e-mail message contains information that is confidential. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at 630.323.9444. Unauthorized use, dissemination, distribution or reproduction of this message is strictly prohibited.

*Making a difference in the lives of others, every way we can. Please visit and support www.lmsdr.org.*

**From:** Beverly McPherron
**Sent:** Wednesday, February 15, 2012 9:48 AM
**To:** 'grandfield@dlglawgroup.com'
**Cc:** Dana Kurtz
**Subject:** Dr. Jaffe's deposition

Ms. Grandfield, please have Dr. Jaffe complete
and return the attached W-9 form for our records.


Beverly J. McPherron,
Bookkeeper



KURTZ LAW OFFICES, LTD

32 Blaine Street, Hinsdale, Illinois 60521
Office: 630.323.9444
Facsimile: 630.604.9444

1

E-mail: bmcpherron@kurtzlaw.us
Cellular: 815.545.5847
Personal fax: 312.893.2239
www.kurtzlaw.us

**THIS IS A CONFIDENTIAL COMMUNICATION**: The preceding e-mail message contains information that is confidential. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at 630.323.9444. Unauthorized use, dissemination, distribution or reproduction of this message is strictly prohibited.

*Making a difference in the lives of others, every way we can. Please visit and support www.lmsdr.org.*

**Dana Kurtz**

| | |
|---|---|
| **From:** | Dana Kurtz |
| **Sent:** | Thursday, March 01, 2012 9:02 AM |
| **To:** | Cynthia Grandfield |
| **Cc:** | Christine Masek |
| **Subject:** | Serenata - Dr. Jaffe Dep |

Cynthia, I still have not received the W-9 form from Dr. Jaffe. We cannot issue payment until completed and returned. Please check on the status of this and please provide me with new dates for his deposition. Thank you.

Sincerely, Dana

Dana L. Kurtz, Esq.
Kurtz Law Offices, Ltd.
32 Blaine Street
Hinsdale, Illinois 60521
Office: 630.323.9444
Cellular: 312.952.0712
Facsimile: 630.604.9444
E-mail: dkurtz@kurtzlaw.us

THIS IS A CONFIDENTIAL COMMUNICATION: The preceding e-mail message contains information that is confidential. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at 630.323.9444. Unauthorized use, dissemination, distribution or reproduction of this message is strictly prohibited.

**Dana Kurtz**

| | |
|---|---|
| **From:** | Dana Kurtz |
| **Sent:** | Wednesday, March 14, 2012 10:15 AM |
| **To:** | Cynthia Grandfield |
| **Cc:** | Christine Masek |
| **Subject:** | Serenata - Dr Jaffe |

Cynthia,

We have yet to receive Dr. Jaffe's W-9 form, which we need to issue payment in advance per his request. Please provide by no later than Monday along with new dates. If not received by Monday, then we will be forced to seek the assistance of the Court.

Thank you in advance for your attention to this matter.

Sincerely, Dana

Dana L. Kurtz, Esq.
Kurtz Law Offices, Ltd.
32 Blaine Street
Hinsdale, Illinois 60521
Office: 630.323.9444
Cellular: 312.952.0712
Facsimile: 630.604.9444
E-mail: dkurtz@kurtzlaw.us

THIS IS A CONFIDENTIAL COMMUNICATION: The preceding e-mail message contains information that is confidential. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at 630.323.9444. Unauthorized use, dissemination, distribution or reproduction of this message is strictly prohibited.

## Dana Kurtz

**From:** Dana Kurtz
**Sent:** Thursday, March 22, 2012 3:05 PM
**To:** Cynthia S. Grandfield
**Cc:** Christine Masek
**Subject:** LaPlayita, et al. v. Cicero, et al., Dr. Jaffe Dep
**Attachments:** image001.jpg

Cynthia, you asked for proposed dates for Dr. Jaffe's deposition:

Wed., April 25, 2012 at 4:00 p.m.
Thurs., May 3, 2012 at 4:00 p.m.
Thurs., May 10, 2012 at 4:00 p.m.

Please let me know if any of these dates work.

Sincerely, *Dana*

Dana L. Kurtz, Esq.



KURTZ LAW OFFICES, LTD

www.kurtzlaw.us
32 Blaine Street, Hinsdale, Illinois 60521
Office: 630.323.9444
Facsimile: 630.604.9444
E-mail: dkurtz@kurtzlaw.us
Cellular: 312.952.0712
Personal fax: 312.893.2239

**THIS IS A CONFIDENTIAL COMMUNICATION**: The preceding e-mail message contains information that is confidential. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at 630.323.9444. Unauthorized use, dissemination, distribution or reproduction of this message is strictly prohibited.

*Making a difference in the lives of others, every way we can. Please visit and support www.lmsdr.org.*

 Del Galdo Law Group, LLC

*Attorneys & Counselors*

March 28th, 2012

*VIA FACSIMILE AT (630) 604-9444*
Ms. Dana L. Kurtz
Kurtz Law Offices
32 Blaine Street
Hinsdale, Illinois 60521

Re: *LaPlayita, et al. v. Town of Cicero, et al., Case No. 11 CV 1702*
*Dr. Jaffe Subpoena*

Dear Ms. Kurtz:

Dr. Jaffe and I are available April 25th at 4:00 p.m. out of the dates you provided.

Sincerely,
DEL GALDO LAW GROUP, LLC

Cynthia S. Grandfield

## Dana Kurtz

**From:** Dana Kurtz
**Sent:** Wednesday, March 28, 2012 3:41 PM
**To:** grandfield@dlglawgroup.com
**Subject:** La Playita v. Cicero - Dr. Jaffe Dep
**Attachments:** image001.jpg

Cynthia, I received your fax from today. We are confirmed for Dr. Jaffe's deposition on <u>April 25, 2012 at 4:00 p.m.</u> at his office.

Please let me know if his office has room for a videographer. Thanks.

*Dana*

Dana L. Kurtz, Esq.



KURTZ LAW OFFICES, LTD

www.kurtzlaw.us
32 Blaine Street, Hinsdale, Illinois 60521
Office: 630.323.9444
Facsimile: 630.604.9444
E-mail: dkurtz@kurtzlaw.us
Cellular: 312.952.0712
Personal fax: 312.893.2239

**THIS IS A CONFIDENTIAL COMMUNICATION**: The preceding e-mail message contains information that is confidential. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at 630.323.9444. Unauthorized use, dissemination, distribution or reproduction of this message is strictly prohibited.

*Making a difference in the lives of others, every way we can. Please visit and support www.lmsdr.org.*

1

## Dana Kurtz

| | |
|---|---|
| **From:** | Dana Kurtz |
| **Sent:** | Monday, April 23, 2012 9:27 AM |
| **To:** | grandfield@dlglawgroup.com |
| **Cc:** | Christine Masek |
| **Subject:** | LaPlayita v. Cicero - Dr. Jaffe Deposition |
| **Attachments:** | image001.jpg |

Dear Cynthia:

I have been scheduled for a settlement conference this Wednesday, April 25, 2012 that will likely go past 5 p.m., which conflicts with Dr. Jaffe's deposition. Can you please check with Dr. Jaffe to see if he is available at 4:00 p.m. (or 4:30 p.m. is fine too) for either:

Thursday, May 3, 2012 at 4:00 p.m. or
Thursday, May 10, 2012 at 4:00 p.m.

Please let me know as soon as possible.

Thanks. *Dana*

Dana L. Kurtz, Esq.



KURTZ LAW OFFICES, LTD

www.kurtzlaw.us
32 Blaine Street, Hinsdale, Illinois 60521
Office: 630.323.9444
Facsimile: 630.604.9444
E-mail: dkurtz@kurtzlaw.us
Cellular: 312.952.0712
Personal fax: 312.893.2239

**THIS IS A CONFIDENTIAL COMMUNICATION**: The preceding e-mail message contains information that is confidential. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at 630.323.9444. Unauthorized use, dissemination, distribution or reproduction of this message is strictly prohibited.

*Making a difference in the lives of others, every way we can. Please visit and support www.lmsdr.org.*

**Dana Kurtz**

| | |
|---|---|
| **From:** | Dana Kurtz |
| **Sent:** | Tuesday, April 24, 2012 2:13 PM |
| **To:** | grandfield@dlglawgroup.com |
| **Subject:** | FW: Activity in Case 1:11-cv-01702 La Playita Cicero, Inc. et al v. The Town of Cicero et al motion to reset |
| **Attachments:** | image001.jpg |

Cynthia,

I don't have any objection to your request for extension to May 21, 2012. You can let his courtroom deputy know.

Also, can you please get back to me about Dr. Jaffe's deposition tomorrow. I have emailed, faxed, and my secretary left you a message. Thanks.

*Dana*

Dana L. Kurtz, Esq.



KURTZ LAW OFFICES, LTD

www.kurtzlaw.us
32 Blaine Street, Hinsdale, Illinois 60521
Office: 630.323.9444
Facsimile: 630.604.9444
E-mail: dkurtz@kurtzlaw.us
Cellular: 312.952.0712
Personal fax: 312.893.2239

**THIS IS A CONFIDENTIAL COMMUNICATION**: The preceding e-mail message contains information that is confidential. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at 630.323.9444. Unauthorized use, dissemination, distribution or reproduction of this message is strictly prohibited.

*Making a difference in the lives of others, every way we can. Please visit and support www.lmsdr.org.*

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov [mailto:usdc_ecf_ilnd@ilnd.uscourts.gov]
**Sent:** Tuesday, April 24, 2012 1:22 PM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:11-cv-01702 La Playita Cicero, Inc. et al v. The Town of Cicero et al motion to reset

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits**

1

attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 5.0.3

**Notice of Electronic Filing**

The following transaction was entered by Grandfield, Cynthia on 4/24/2012 at 1:22 PM CDT and filed on 4/24/2012

| | |
|---|---|
| **Case Name:** | La Playita Cicero, Inc. et al v. The Town of Cicero et al |
| **Case Number:** | 1:11-cv-01702 |
| **Filer:** | Paul Dembowski |
| | Larry Dominick |
| | Larry Polk |
| | Serge Rocher |
| | The Town of Cicero |

**Document Number:** 203

**Docket Text:**
**MOTION by Defendants Paul Dembowski, Larry Dominick, Larry Polk, Serge Rocher, The Town of Cicero to reset briefing schedule with respect to Defendants Amended Motion for Summary Judgment (Grandfield, Cynthia)**


**1:11-cv-01702 Notice has been electronically mailed to:**

Cynthia Sara Grandfield    grandfield@dlglawgroup.com

Dana L. Kurtz    dkurtz@kurtzlaw.us, docketing@kurtzlaw.us, kurtzlawoffices@gmail.com, vespinili@kurtzlaw.us

Eric T Stach    stach@dlglawgroup.com

Heidi Karr Sleper    hsleper@kurtzlaw.us

K. Austin Zimmer    zimmer@dlglawgroup.com, docketing@dlglawgroup.com

**1:11-cv-01702 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1040059490 [Date=4/24/2012] [FileNumber=10049518-0] [32ff4acdc16a6dc5e879140af5e30e7c6e16db66fa674dec05125553d8a4955d91266bad915a1972c1c5d73cda67ddb8c19730062db38086f2d66966939eeda1]]

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

## Dana Kurtz

| | |
|---|---|
| **From:** | Dana Kurtz |
| **Sent:** | Tuesday, April 24, 2012 4:47 PM |
| **To:** | grandfield@dlglawgroup.com |
| **Cc:** | Christine Masek |
| **Subject:** | La Playita, et al. v. Cicero, et al., Dr. Jaffe's Deposition |
| **Attachments:** | image001.jpg |

Cynthia:

This will confirm my secretary's telephone conversation with you (in which I again requested she call you since I had not heard back from you) that you have confirmed that we can reschedule Dr. Jaffe's deposition for tomorrow.

Please let me know if either of the following dates work for Dr. Jaffe:

  Thursday, May 3, 2012 at 4:00 p.m., or
  Thursday, May 10, 2012 at 4:00 p.m.

Thank you.

Sincerely,

*Dana*

Dana L. Kurtz, Esq.



KURTZ LAW OFFICES, LTD

www.kurtzlaw.us
32 Blaine Street, Hinsdale, Illinois 60521
Office: 630.323.9444
Facsimile: 630.604.9444
E-mail: dkurtz@kurtzlaw.us
Cellular: 312.952.0712
Personal fax: 312.893.2239

**THIS IS A CONFIDENTIAL COMMUNICATION**: The preceding e-mail message contains information that is confidential. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at 630.323.9444. Unauthorized use, dissemination, distribution or reproduction of this message is strictly prohibited.

*Making a difference in the lives of others, every way we can. Please visit and support www.lmsdr.org.*

1

## Dana Kurtz

| | |
|---|---|
| **From:** | Dana Kurtz |
| **Sent:** | Thursday, May 03, 2012 3:01 PM |
| **To:** | 'grandfield@dlglawgroup.com' |
| **Cc:** | Christine Masek |
| **Subject:** | RE: La Playita, et al. v. Cicero, et al., Dr. Jaffe's Deposition |
| **Attachments:** | image001.jpg |

**Importance:** High

Correction:

Cynthia,

You never responded to my email/fax below. 5/3 has come and gone. 5/10 is still available. I am also available (for now) 5/15 at 4:00 p.m. Otherwise, we are looking at June dates.

Please let me know by tomorrow.

Sincerely, *Dana*

Dana L. Kurtz, Esq.



KURTZ LAW OFFICES, LTD

www.kurtzlaw.us
32 Blaine Street, Hinsdale, Illinois 60521
Office: 630.323.9444
Facsimile: 630.604.9444
E-mail: dkurtz@kurtzlaw.us
Cellular: 312.952.0712
Personal fax: 312.893.2239

**THIS IS A CONFIDENTIAL COMMUNICATION**: The preceding e-mail message contains information that is confidential. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at 630.323.9444. Unauthorized use, dissemination, distribution or reproduction of this message is strictly prohibited.

*Making a difference in the lives of others, every way we can. Please visit and support www.lmsdr.org.*

**From:** Dana Kurtz
**Sent:** Tuesday, April 24, 2012 4:47 PM
**To:** grandfield@dlglawgroup.com
**Cc:** Christine Masek
**Subject:** La Playita, et al. v. Cicero, et al., Dr. Jaffe's Deposition

Cynthia:

1

This will confirm my secretary's telephone conversation with you (in which I again requested she call you since I had not heard back from you) that you have confirmed that we can reschedule Dr. Jaffe's deposition for tomorrow.

Please let me know if either of the following dates work for Dr. Jaffe:

>Thursday, May 3, 2012 at 4:00 p.m., or
>Thursday, May 10, 2012 at 4:00 p.m.

Thank you.

Sincerely,

*Dana*

Dana L. Kurtz, Esq.



KURTZ LAW OFFICES, LTD

www.kurtzlaw.us
32 Blaine Street, Hinsdale, Illinois 60521
Office:  630.323.9444
Facsimile:  630.604.9444
E-mail:  dkurtz@kurtzlaw.us
Cellular:  312.952.0712
Personal fax: 312.893.2239

**THIS IS A CONFIDENTIAL COMMUNICATION**: The preceding e-mail message contains information that is confidential. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at 630.323.9444. Unauthorized use, dissemination, distribution or reproduction of this message is strictly prohibited.

*Making a difference in the lives of others, every way we can. Please visit and support www.lmsdr.org.*

**Dana Kurtz**

| | |
|---|---|
| **From:** | Dana Kurtz |
| **Sent:** | Friday, May 18, 2012 11:23 AM |
| **To:** | 'grandfield@dlglawgroup.com' |
| **Cc:** | Christine Masek |
| **Subject:** | LaPlayita v. Cicero, et al. - Dr. Jaffe |
| **Attachments:** | image001.jpg |

Cynthia,

When I last saw you in court on another matter a few weeks ago, you agreed to give me dates for Dr. Jaffe's deposition in June. I have yet to receive anything from you. Please provide me with Dr. Jaffe's available dates a.s.a.p.

If I do not received some proposed dates for mid-to-late June by Wednesday, May 23, 2012, I will unilaterally pick the date and issue a subpoena.

Sincerely, *Dana*

Dana L. Kurtz, Esq.



KURTZ LAW OFFICES, LTD

www.kurtzlaw.us
32 Blaine Street, Hinsdale, Illinois 60521
Office: 630.323.9444
Facsimile: 630.604.9444
E-mail: dkurtz@kurtzlaw.us
Cellular: 312.952.0712
Personal fax: 312.893.2239

**THIS IS A CONFIDENTIAL COMMUNICATION**: The preceding e-mail message contains information that is confidential. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at 630.323.9444. Unauthorized use, dissemination, distribution or reproduction of this message is strictly prohibited.

*Making a difference in the lives of others, every way we can. Please visit and support www.lmsdr.org.*

From:Del Galdo law group          708+222+7002          06/25/2012 15:04     #033 P.002/002

 **Del Galdo Law Group, LLC**

*Attorneys & Counselors*

June 25th, 2012

*VIA FACSIMILE AT (630) 604-9444*
Ms. Dana L. Kurtz
Kurtz Law Offices
32 Blaine Street
Hinsdale, Illinois 60521

*Re: LaPlayita, et al. v. Town of Cicero, et al., Case No. 11 CV 1702*
*Dr. Jaffe Subpoena*

Dear Ms. Kurtz:

In response to your correspondence of June 18th, 2012, we did not agree to reschedule Dr.
Jaffe's deposition that was previously scheduled for April 25th, 2012, you cancelled the deposition on
short notice that was less than Dr. Jaffe's cancellation policy requires. Thus, you will need to pay an
additional $1,000 to take his deposition on another date. As you have not paid that amount the
deposition will not proceed on the 27th. Further, regardless, Dr. Jaffe has been dealing with family
medical issues and because of this would not be able to attend the deposition on the 27th anyway.
Dr. Jaffe has indicated he will be contacting me this afternoon, and I will get back to you by
Wednesday the 27th with future potential dates that will give you enough time to pay the $1,000
fourteen days in advance.

Sincerely,
DEL GALDO LAW GROUP, LLC

Cynthia S. Grandfield

# Dana Kurtz

| | |
|---|---|
| **From:** | Dana Kurtz |
| **Sent:** | Monday, June 25, 2012 3:53 PM |
| **To:** | 'grandfield@dlglawgroup.com' |
| **Subject:** | LaPlayita v. Cicero, et al. - Dr. Jaffe's deposition |
| **Attachments:** | FAX_20120625_1340654670_33.pdf; 4.23.12_LaPlayita v. Cicero - Dr. Jaffe Deposition.oft; 5.3.12_RE La Playita et al. v. Cicero et al. Dr. Jaffe's Deposition.oft; 4.23.12_La Playita et al. v. Cicero et al. Dr. Jaffe's Deposition.oft; 4.23.12_FW Activity in Case 111-cv-01702 La Playita Cicero Inc. et al v. The Town of Cicero et al motion to reset.oft; 5.18.12_LaPlayita v. Cicero et al. - Dr. Jaffe.txt |

Cynthia,

In response to your fax from today (attached), while I am willing to set a new date for Dr. Jaffe's deposition in light of his family issues, I request that you reconsider your position regarding the $1,000 you are attempting to charge me for the rescheduling of Dr. Jaffe's deposition, which was necessary because I had a settlement conference scheduled that day that was out of my control.

Attached are just some of the emails that I sent you regarding this matter and confirming our conversations regarding the deposition of Dr. Jaffe. At **no point in time** did you ever advise me or my secretary that you would charge $1,000 to reschedule Dr. Jaffe's deposition. This is completely unreasonable not only in light of the fact that you never said anything about a rescheduling fee, but also because I had a settlement conference that afternoon.

My suggestion is that we consider both reschedulings (your cancellation the day before his deposition and my request to reschedule in light of the settlement conference that same day) as a "wash," and we get a date for his deposition that we can keep. Please let me know by tomorrow. If we cannot reach agreement on this issue, then I will have to file a motion with the Court, seeking the Court's assistance in resolving this issue.

Sincerely,

*Dana*

Dana L. Kurtz, Esq.



## KURTZ LAW OFFICES, LTD

www.kurtzlaw.us
32 Blaine Street, Hinsdale, Illinois 60521
Office:  630.323.9444
Facsimile:  630.604.9444
E-mail:  dkurtz@kurtzlaw.us
Cellular:  312.952.0712
Personal fax: 312.893.2239

1

# EXHIBIT 2

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| LA PLAYITA CICERO, INC., et al., | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 11 CV 01702 |
| TOWN OF CICERO, et al., | ) |
| | ) (If the action is pending in another district, state where: |
| *Defendant* | ) ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Alan M. Jaffe, Psy.D. and Associates, 55 East Washington St., Ste. 3106, Chicago, Illinois 60602
Facsimile: 312/346-2662

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: 55 East Washington St., Ste. 3106, Chicago, Illinois 60602 | Date and Time: 06/27/2012 4:00 pm |
|---|---|

The deposition will be recorded by this method: __by video and stenographic means__

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:
See prior subpoena and Rider.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: __05/24/2012__

| *CLERK OF COURT* | OR | |
|---|---|---|
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
__Plaintiffs__ _____, who issues or requests this subpoena, are:

Dana L. Kurtz, Kurtz Law Offices, Ltd., 32 Blaine Street, Hinsdale, Illinois 60521
Phone: 630.323.9444, E-mail: dkurtz@kurtzlaw.us

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 11 CV 01702

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*    Dr. Alan M. Jaffe

was received by me on *(date)*    05/24/2012    .

☑ I served the subpoena by delivering a copy to the named individual as follows:  by facsimile to: 312/346-2662

and Certified Mail to: Alan M. Jaffe, Psy.D. and Associates, 55 East Washington St., Ste. 3106, Chicago, Illinois

60602                                                                on *(date)*   05/24/2012    ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____    .

My fees are $ _____        for travel and $ _____        for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    05/24/2012

_____
Server's signature

Christine M. Masek    *LEGAL SECRETARY*
*Printed name and title*

Kurtz Law Offices, Ltd.
32 Blaine Street
Hinsdale, Illinois 60521

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the attached

**SUBPOENA** was served upon all parties designated below by placing the same in the

United States Postal Depository located at 32 Blaine Street, Hinsdale, Illinois, before 5:00

p.m. on the 24th day of May, 2012, First Class postage prepaid.

> Cynthia Grandfield
> DelGaldo Law Group, LLC
> 1441 S. Harlem Ave.
> Berwyn IL 60402

Dana L. Kurtz

1



**KURTZ LAW OFFICES, LTD**

---

Facsimile Transmittal

| **To:** Alan M. Jaffe, Psy.D. and Associates | **Fax:** | 312.346.2662 |
|---|---|---|
| **From:** Dana Kurtz | **Date:** | May 24, 2012 |
| **Re:** *La Playita Cicero, Inc. et al. v. Town of Cicero* | **Pages:** | 4 (including cover sheet) |

[X] **Urgent**  [ ] **Reply ASAP**  [ ] **Please Comment**  [ ] **For Your Records**

**Comments:**  See attached Subpoena to Testify at a Deposition in a Civil Action.

32 BLAINE ST HINSDALE ILLINOIS 60521 | P 630 323.9444 | F 630 604.9444 | DKURTZ@KURTZLAW.US | WWW.KURTZLAW.US

TRANSMISSION VERIFICATION REPORT

```
                                        TIME   : 05/24/2012 12:59
                                        NAME   : KURTZ LAW OFFICES
                                        FAX    : 6306049444
                                        TEL    : 6303239444
                                        SER.# : E7J119339
```

```
        DATE,TIME              05/24  12:58
        FAX NO./NAME           13123462662
        DURATION               00:01:32
        PAGE(S)                04
        RESULT                 OK
        MODE                   STANDARD
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

# OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 5.75 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.75 |

Postmark
Here

SEKIWATA
5.24.12

Sent To ALAN N. JAFFE
Street, Apt. No.; or PO Box No. 55 E. WASHINGTON STE. 3106
City, State, ZIP+4 CHICAGO, IL 60602

PS Form 3800, August 2006          See Reverse for Instructions

7011 0470 0001 9874 4892