# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

La Playita Cicero, Inc., et al.

                        Plaintiff,

v.                                                      Case No.: 1:11–cv–01702
                                                      Honorable John Z. Lee

The Town of Cicero, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 7, 2016:

      MINUTE entry before the Honorable John Z. Lee: Joint motion for entry of agreed confidentiality order [424] is granted. No appearance is required on the motion.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.